# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:21-cr-00498 (CJN) |
| ANDREW QUENTIN TAAKE, | |
| *Defendant*. | |

## ORDER

This matter is before the Court on Defendant's Sealed Motion, ECF No. 30. Accordingly, it is

**ORDERED** that the United States' Sealed Motion for Leave to File Under Seal, ECF No. 30, is **GRANTED**. The United States' Reply to Defendant's Supplemental Motion for Appropriate Relief, ECF No. 30-2, is deemed properly filed under seal.

It is **SO ORDERED**.

DATE: October 7, 2022

CARL J. NICHOLS
United States District Judge

1